# Third District Court of Appeal
## State of Florida

Opinion filed February 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1886
Lower Tribunal No. 16-12172B
_____


**Calvin Phaion Washington,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Calvin Phaion Washington, in proper person.

Ashley Moody, Attorney General, for appellee.


Before EMAS, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

We affirm the lower court's thorough, detailed, and well-reasoned order denying Defendant's motion for post-conviction relief filed pursuant to Florida Rule of Criminal Procedure 3.850.